# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

        **Plaintiff,**

      **v.**                **CASE NO.**   26-CR-10092-EFM

**VICTOR ALFONSO MARTINEZ-HERNANDEZ,** and
**CESAR ALEJANDRO MADRID-CANDELAS,**

        **Defendants.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**POSSESSION OF COCAINE
WITH THE INTENT TO DISTRIBUTE
[21 U.S.C. § 841]**

On or about May 20, 2026, in the District of Kansas, the defendants

**VICTOR ALFONSO MARTINEZ-HERNANDEZ,** and
**CESAR ALEJANDRO MADRID-CANDELAS**

did unlawfully, knowingly, and intentionally possess, with the intent to distribute a mixture

and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## FORFEITURE NOTICE

1.      The allegations contained in Count 1 of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2.      Upon conviction of the offense set forth in Count 1, the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

        A.      $53,100.00 in US Currency.

Pursuant to Title 21, United States Code, Section 853(a).


                        A TRUE BILL.


May 27, 2026                     s/Foreperson
DATE                             FOREPERSON OF THE GRAND JURY


2

3

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY


By: /s/ Katherine J. Andrusak
KATHERINE J. ANDRUSAK
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: katie.andrusak@usdoj.gov
Ks. S. Ct. No. 25961



IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## **PENALTIES**

**Count 1:   21 U.S.C. §§  841(a)(1), (b)(1)(C)**
**[Possession of a Controlled Substance with the Intent to Distribute]**

- Punishable by a term of imprisonment of not more than twenty (20) years.  21 U.S.C. § 841(b)(1)(C).

- A term of supervised release of at least three (3) years.  21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $1 million.  21 U.S.C. § 841(b)(1)(C).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of up to thirty (30) years.  21 U.S.C. § 841(b)(1)(C).

- A term of supervised release of at least six (6) years.  21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $2 million. 21 U.S.C. § 841(b)(1)(C).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.